UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 22-2283**

Johnson v. Devon Daemer
(E.D. Pa. No. 2-22-cv-00310)

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted. In addition to the jurisdictional issue set forth in the letter of August 4, 2022, the appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate.  In making this determination, the district court opinion and record will be examined.  Appellant may submit argument, which should not exceed 5 pages, in support of the appeal.  The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so.  The Court may reconsider in forma pauperis status or request additional information at any time during the course of this appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 1, 2022
Tmm/cc: Robert W. Johnson